**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Rachel M. Bien
Sonia R. Lin
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUN LI, individually and on behalf all others similar situated,<br><br>             Plaintiff,<br><br>     v.<br><br>HEALTH PLUS PREPAID HEALTH SERVICES PLAN, INC. d/b/a HEALTH PLUS,<br><br>             Defendant. | 10 Civ. 1843 (DLI)(SMG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael J. Scimone of OUTTEN & GOLDEN LLP hereby appears in the above-entitled proceeding on behalf of Plaintiff, Xun Li, individually, and on behalf of a class of others similarly situated, and that he hereby demands service upon him of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: New York, NY
       July 9, 2010

/s/ Michael J. Scimone
Michael J. Scimone

Michael J. Scimone (MS 6412)
*Outten & Golden LLP*
3 Park Ave, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
*Attorneys for Plaintiff*