**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XUN LI, individually and on behalf all others
similarly situated,

        Plaintiff,                                 Index No. CV10-1843

    v.                                              AFFIDAVIT OF SERVICE

HEALTH PLUS PREPAID HEALTH SERVICES
PLAN, INC. d/b/a HEALTH PLUS,

        Defendant.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

        DARRYL GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 22nd day of July, 2010, at approximately 3:25 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY, INDIVIDUAL PRACTICE OF CHIEF MAGISTRATE JUDGE STEVEN M. GOLD, and ELECTRONIC FILE USER'S GUIDE** upon **HEALTHPLUS PHSP, INC** at 335 Adams Street, 26th Floor, Brooklyn, NY, by personally delivering and leaving the same with **MADELINE CABAN**, who informed deponent that she is an Executive Assistant authorized by appointment to receive service at that address.

        Madeline Caban is a Latina female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 130 pounds with brown hair and brown eyes.

_____
DARRYL GREEN, # 0866535

Sworn to before me this
23rd day of July, 2010

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
No. 01GO5062405
Qualified In New York County
Commission Expires July 1, 2014

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com