Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
XUN LI, individually and on behalf all others
similarly situated,

       Plaintiff,

  v.

HEALTH PLUS PREPAID HEALTH SERVICES
PLAN, INC. d/b/a HEALTH PLUS,

       Defendant.
----------------------------------------------------------X

Index No. CV10-1843

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 22nd day of July, 2010, at approximately 12:35 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY, INDIVIDUAL PRACTICE OF CHIEF MAGISTRATE JUDGE STEVEN M. GOLD, and ELECTRONIC FILE USER'S GUIDE** upon **HEALTHPLUS PHSP, INC** at 241 37th Street, Suite 412, Brooklyn, NY, by personally delivering and leaving the same with **SANDRA BIRKETT**, who informed deponent that she is a Human Resources Manager authorized by appointment to receive service at that address.

       Sandra Birkett is a ~~black~~ female, approximately 48 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 155 pounds with short, curly jet black hair and dark eyes.

TIMOTHY M. BOTTI, # 843358

Sworn to before me this
23rd day of July, 2010

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
No. 01GO5062405
Qualified In New York County
Commission Expires July 1, 2014

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com