UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

XUN LI, individually, and on behalf of all others similarly situated,

                        Plaintiff,

-against-

HEALTH PLUS PREPAID HEALTH SERVICES PLAN, INC. d/b/a HEALTH PLUS,

                        Defendant.

---

10 CV 1843
Irizarry, J.
Gold, M.

**NOTICE OF APPEARANCE**

      Notice is hereby given of the appearance of the undersigned as counsel for Defendants. Service of all pleadings, papers and documents required to be served in this action should also be served on the Defendants through their counsel as follows:

                Noel P. Tripp, Esq.
                Jackson Lewis, LLP
         58 South Service Rd., Ste. 410
          Melville, New York 11747
               (631) 247-4636
           trippn@jacksonlewis.com

Dated: Melville, New York
       August 25, 2010

                                      Respectfully submitted,

                                      JACKSON LEWIS, LLP
                                      *COUNSEL FOR DEFENDANT*
                                      58 South Service Rd., Ste. 410
                                      Melville, New York 11747
                                      (631) 247-0404

                         By: _____
                                  NOEL P. TRIPP, ESQ.