UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

XUN LI, individually and on behalf of all others similarly situated,

                        Plaintiff,

-against-

HEALTH PLUS PREPAID HEALTH SERVICES PLAN, INC. d/b/a HEALTH PLUS,

                        Defendant.

-------------------------------------------------------------X

*VIA ECF*

Civil Action No.: 10 Civ. 1843

(DLI) (SMG)

## STIPULATION AND ORDER OF FINAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Xun Li and the Defendant that, the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party, except as provided in the Settlement Agreement.

| OUTTEN & GOLDEN LLP | JACKSON LEWIS LLP |
|---|---|
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| By: /s/ Rachel B. | By: /s/ Wendy |
| RACHEL BIEN, ESQ. | WENDY J. MELLK, ESQ. |
| 3 Park Avenue, 29th Floor | 58 South Service Road, Suite 410 |
| New York, New York 10016 | Melville, New York 11747 |
| (212) 245-1000 | (631) 247-0404 |
| Dated: 8/17/2011 | Dated: 8·16·11 |

So Ordered:

_____
    U.S.D.J.

4811-3811-9690, v. 1